UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Case No. 3:15-CV-231-DJH

JACQUELINE HALL-BECKETT,
ADMINISTRATRIX OF THE ESTATE
OF DENNIS BECKETT DECEASED                                    PLAINTIFF

V.

REGENCY NURSING, LLC d/b/a REGENCY CENTER                     DEFENDANT

## NOTICE OF REMOVAL

Defendant, Regency Nursing, LLC d/b/a Regency Center, hereby removes to the United States District Court for the Western District of Kentucky, Louisville Division, the action captioned *Jacqueline Hall-Beckett, Administratrix of the Estate of Dennis Beckett, deceased, v. Regency Nursing, LLC d/b/a Regency Center,* Case No. 15-CI-00910, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for removal of the Action, Defendant states:

1. On or about February 24, 2015, Jacqueline Hall-Beckett, in her capacity as Administratrix of the Estate of Dennis Beckett, filed a Complaint in Jefferson County Circuit Court, Case No. 15-CI-00910. Defendant, Regency Nursing, LLC d/b/a Regency Center, was served with a summons and a copy of the Complaint on February 27, 2015, through its agent for service of process, CSC- Lawyers Incorporating Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a).

2. Upon information and belief, Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-00910, a citizen of the state of Ohio.

3. Defendant, Regency Nursing, LLC d/b/a Regency Center, at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-00910, is a foreign limited liability company organized under the laws of the state of Delaware with a principal place of business in Pennsylvania.

7. Due to the allegations raised in the Complaint attached hereto, Defendant believes that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. §1441(a). This is an action between citizens of different states.

9. This Notice of Removal is filed within thirty (30) days after Defendant received a copy of Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

10. A copy of this Notice of Removal will be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

/s/ Michael F. Sutton
Michael F. Sutton
David L. Haney
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendant*
msutton@gsblegal.com
dhaney@gsblegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

M. Keith Poynter
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 584-5050
*Attorney for Plaintiff*

                                        /s/ Michael F. Sutton
                                        Michael F. Sutton
                                        David L. Haney
                                        401 West Main Street, Suite 1000
                                        One Riverfront Plaza
                                        Louisville, Kentucky 40202
                                        Telephone: (502) 618-5700
                                        Facsimile: (502) 618-5701
                                        *Counsel for Defendant*