UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JACQUELINE HALL-BECKETT,
ADMINISTRATRIX OF THE ESTATE OF
DENNIS BECKETT, Deceased,                                                                Plaintiff,

v.                                                                           Civil Action No. 3:15-cv-231-DJH

REGENCY NURSING, LLC, d/b/a                                                              Defendant.
REGENCY CENTER,

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties. (Docket No. 17) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

March 10, 2016

**David J. Hale, Judge**
**United States District Court**